IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL GOSHAY,

    *Petitioner*,

v.                               Case No.: 4:22cv54-MW/MJF

RICKY D. DIXON,

    *Respondent*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 14, and has also reviewed *de novo* Petitioner's objections, ECF No. 15. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 14, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. Respondent's motion to dismiss, ECF No. 11, is **GRANTED**. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition is **DISMISSED with prejudice** as time-barred." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED** on September 1, 2022.

                                          s/Mark E. Walker             
                                          **Chief United States District Judge**